# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAWRENCE HAYES**                                                                     **PETITIONER**
**ADC #149601**

### CASE NO. 4:20-CV-525-JM-BD

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                    **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Mr. Hayes's petition for writ of habeas corpus (Doc. No. 2) and amended petition for writ of habeas corpus (Doc. No. 4) are DISMISSED, with prejudice.

IT IS SO ORDERED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE