# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE HAYES**  **PETITIONER**
**ADC #149601**

### CASE NO. 4:20-CV-525-JM-BD

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Lawrence Hayes's petition for writ of habeas corpus (Doc. No. 2) and amended petition for writ of habeas corpus (Doc. No. 4) are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE